UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TONY L. HILL,

    Plaintiff,

v.                                                              Case No. 8:23-cv-26-WFJ-MRM

ARAMARK, LLC, *et al.*,

    Defendants.
_____/

## ORDER

Before the Court is Mr. Hill's "Motion for Local R. 56.1 with Additional Rule 58 Documents and Exhibits for Material Facts R. #26" (Doc. 39) in which he appears to move for summary judgment. Mr. Hill's construed motion for summary judgment is premature and therefore **DENIED** without prejudice. *See Blumel v. Mylander*, 919 F.Supp. 423, 428 (M.D.Fla.1996) (Rule 56 "implies [that] district courts should not grant summary judgment until the non-movant has had an adequate opportunity for discovery."); *Snook v. Trust Co. of Ga. Bank*, 859 F.2d 865, 870 (11th Cir.1988) ("[S]ummary judgment may only be decided upon an adequate record.").

    **ORDERED** in Tampa, Florida, on July 11, 2023.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Tony L. Hill, *pro se*